| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BRIAN LINSCOMB, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:21-CV-551
§
ZENA STEPHENS, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brian Linscomb, formerly an inmate confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the motion to dismiss and motion for summary judgment filed by defendant Zena Stephens and dismissing the claims against defendant Zena Stephens and Jefferson County. Additionally, the magistrate judge recommends denying plaintiff's motion for summary judgment. To date, the parties have not filed objections to the report.[1]

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

---

[1] The copy of the report mailed to plaintiff was returned to the court with the notation: "Return to Sender, Insufficient Address."

**ORDERED** that the defendant's motion to dismiss and motion for summary judgment (#s 40 and 53) are **GRANTED**. Plaintiff's claims against defendants Zena Stephens and Jefferson County are **DISMISSED**. It is further

**ORDERED** that plaintiff's motion for summary judgment (# 44) is **DENIED**.

SIGNED at Beaumont, Texas, this 19th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE